IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNION INSURANCE COMPANY,

    Plaintiff,

v.

SELECTIVE INSURANCE COMPANY OF AMERICA,

    Defendant.

CIVIL ACTION
NO. 17-2674

## ORDER

**AND NOW**, this 11th day of September, 2018, upon review of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, and Defendant's reply, and after oral argument being held, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**. Judgment is entered in favor of Defendant and against Plaintiff on all counts of the Complaint.

                    **BY THE COURT:**

                    *s/s JEFFREY L. SCHMEHL, J.*
                    Jeffrey L. Schmehl, J.